**McCORRISTON MILLER MUKAI MacKINNON LLP**
ROBERT G. KLEIN             #1192-0
SHAUN M. MUKAI              #7143-0
KENNETH J. MANSFIELD        #7227-0
JORDON J. KIMURA            #9182-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Tel. No.:  (808) 529-7300
Fax No.:  (808) 524-8293
E-mail:    klein@m4law.com; smm@m4law.com;
mansfield@m4law.com; kimura@m4law.com

**NELSON BUMGARDNER CASTO, P.C.**
BARRY J. BUMGARDNER     #00793424 - Texas Bar Number
STEVEN W. HARTSELL      #24040199 - Texas Bar Number
3131 West 7th Street, Suite 300
Fort Worth, Texas  76107
Tel. No.:  (817) 377-9111
Fax No.:  (817) 377-3485
E-mail:    barry@nbclaw.net; shartsell@nbclaw.net

**BURNS & LEVINSON LLP**
HOWARD J. SUSSER         #636183- Massachusetts Bar Number
PAUL T. MUNIZ            #564786- Massachusetts Bar Number
STEPHEN Y. CHOW          #082990- Massachusetts Bar Number
MERTON E. THOMPSON       #637056- Massachusetts Bar Number
ZACHARY R. GATES         #677873- Massachusetts Bar Number
ALEXANDRA CAPACHIETTI #666765- Massachusetts Bar Number
125 Summer Street
Boston, Massachusetts  02110-1624
Tel. No.:  (617) 345-3000
Fax No.:  (617) 345-3299
E-mail:    hsusser@burnslev.com; pmuniz@burnlev.com;
schow@burnslev.com; mthompson@burnlev.com; zgates@burnslev.com;
acapachietti@burnslev.com

**Attorneys for Plaintiff**
**GPNE CORP.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GPNE CORP.,<br><br>                Plaintiff,<br><br>    vs.<br><br>SONY MOBILE COMMUNICATIONS (USA) INC. f/k/a SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.,<br><br>                Defendant. | Civil No. 1:12-CV-00254-SOM RLP<br><br>STIPULATION OF COMPLETE DISMISSAL OF DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC. f/k/a SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC. WITH PREJUDICE AND ORDER |

**STIPULATION OF COMPLETE DISMISSAL OF DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC. f/k/a SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.
WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement and License Agreement dated August 15, 2012, by and among the parties hereto, through their respective counsel, that:

1.     All claims by Plaintiff GPNE Corp. ("GPNE") against Defendant Sony Mobile Communications (USA) Inc. f/k/a Sony Ericsson Mobile Communications (USA) Inc. ("Sony") are dismissed with prejudice to the re-filing of same.

2.  All claims by Sony against GPNE are dismissed with prejudice to the re-filing of same.

3.  No other claims or issues remain in this action as between GPNE and Sony.

GPNE and Sony shall each bear its own costs and attorneys' fees. All parties who have appeared in this action have signed this stipulation. No motions for summary judgment have been filed and no trial date has been set.

DATED: August 22, 2012.

/s/ Kenneth J. Mansfield
Robert G. Klein
Shaun M. Mukai
Kenneth J. Mansfield
Jordon J. Kimura
MCCORRISTON MILLER MUKAI
MACKINNON LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
klein@m4law.com
smm@m4law.com
mansfield@m4law.com
kimura@m4law.com

Barry J. Bumgardner
Steven W. Hartsell
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
barry@nbclaw.net

/s/ John H. McDowell, Jr.
JOHN H. MCDOWELL, JR.
BENJAMIN J. SETNICK
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
johnmcdowell@andrewskurth.com
bensetnick@andrewskurth.com

JAMES V. MAHON
L. SCOTT BLOEBAUM
Andrews Kurth LLP
4819 Emperor Blvd., Suite 400
Durham, NC 27703
jmahon@andrewskurth.com
ScottBloebaum@andrewskurth.com

PAUL ALSTON
ALSTON HUNT FLOYD & ING
1001 Bishop Street, Suite 1800
Honolulu, Hawai'i 96813

shartsell@nbclaw.net

Howard J. Susser
Paul T. Muniz
Merton E. Thompson
Stephen Y. Chow
Zachary R. Gates
Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts  02110-1624
hsusser@burnslev.com
pmuniz@burnlev.com
mthompson@burnlev.com
schow@burnslev.com
zgates@burnslev.com
acapachietti@burnslev.com

palston@ahfi.com
smt@ahfi.com

**Attorneys for Defendant
SONY MOBILE
COMMUNICATIONSS (USA)
INC. f/k/a SONY ERICSSON
MOBILE COMMUNICATIONS
(USA) INC.**

**ATTORNEYS FOR GPNE CORP**.

APPROVED AND SO ORDERED:

DATED:  HONOLULU, HAWAII; August 23, 2012.



 /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

GPNE v. Sony Mobile Communications (USA) Inc. f/k/a Sony Ericsson Mobile Communications (USA) Inc.; Civil No. 12-00254-SOM RLP; STIPULATION OF COMPLETE DISMISSAL OF DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC. f/k/a SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC. WITH PREJUDICE AND ORDER